IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SCHRAVEN, | : | |
| on behalf of himself and all others | : | CIVIL ACTION |
| similarly situated, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PHELAN HALLINAN | : | |
| DIAMOND & JONES, LLP, et al., | : | No. 15-3397 |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this **1ˢᵗ** day of **February, 2016**, upon consideration of the Motion of Defendant U.S. Bank National Association, As Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-CH2, to Dismiss the Amended Complaint, Defendant Phelan Hallinan Diamond & Jones, LLP's Motion to Dismiss the Amended Complaint, Plaintiffs' response thereto, Defendants' reply thereon, and for the reasons provided in this Court's Memorandum dated February 1, 2016, it is hereby **ORDERED** that:

1. The motions (Document Nos. 20 & 21) are **GRANTED**.

2. The Amended Complaint is **DISMISSED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**